Joel M. Murillo    101143
1095 North Fulton Street
Fresno, California 93728

Telephone:  (559) 268-7227
Email:      pleasedonotsendemails@yahoo.com

Attorney for Juan Agustin Santiago Ventanzos

**FILED**
NOV 25 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ EN _____
DEPUTY CLERK

# IN THE UNITED STATES OF AMERICA

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Juan Agustin Santiago Ventanzos<br><br>Defendant. | Case 1: 18 CR 00197 DAD BAM |

COMES NOW Juan Agustin Santiago Ventanzos, the defendant in the above entitled action, and moves the court for an order allowing him time out of residence on Monday, November 25, 2019 from 5:30 p.m. to 9:30 p.m, for the purpose of attending a pre-Baptism meeting with parents and Godparents at St. Columbia Church, located at 213 Orange Avenue, Chowchilla, California, and on the first day of Winter, Saturday, December 21, 2019, for the purpose of the Baptism of defendant's daughter, with the religious ceremony to be conducted by the Priest of the said Parish, and the parents, God Parent, with family in attendance at St. Columbia Church Defendant shall then go home and will not go anywhere else.

The foregoing information was provided to counsel by ALI MORIGIAN, Pretrial Services Officer, United States Pretrial Services, who also informed counsel that the United States Attorney was not opposing the foregoing and as an Ex-parte Motion for Order for Time Out of Residence.

Dated: November 25, 2019        *Joel M. Murillo*
                                Joel M. Murillo

- 1 -

Ex-Parte Motion for Order for Time Out of Residence and Proposed Order

**ORDER**

The court having heard the foregoing Ex-Parte Motion of Defendant for Time Out of Residence, hereby Orders that the said defendant may have time out of residence on Monday, November 25, 2019 from 5:30 p.m. to 9:30 p.m, for the purpose of attending a pre-Baptism meeting with parents and Godparents at St. Columbia Church, located at 213 Orange Avenue, Chowchilla, California, and on the first day of Winter, Saturday, December 21, 2019, for the purpose of the Baptism of defendant's daughter, with the religious ceremony to be conducted by the Priest of the said Parish, and the parents, God Parent, with family in attendance at St. Columbia Church located at 213 Orange Avenue, Chowchilla, California. Upon each matter being concluded, the defendant shall then go home and may not go anywhere else. *Dec 21, 2019 from 9:15am to 5:00pm* *[initials]*

Dated: November 25, 2019

*/s/ B. McAuliffe*
**THE HONORABLE BARBARA A. McAULIFFE**
**Magistrate Judge of the Eastern District of California**
**United State of America**

---
- 2 -

Ex-Parte Motion for Order for Time Out of Residence and Proposed Order